**Order entered July 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00248-CV

**ESTATE OF SAMSON HADIS ALEMAYEHU, Appellant**

**V.**

**ROBERT D. HEMPHILL, Appellee**

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. 12-1377-3**

## ORDER

We **GRANT** appellant's July 3, 2013 motion for an extension of time to file a brief.

Appellant shall file a brief on or before August 7, 2013.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE